AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT
for the

FILED
September 12, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

Monte Noel Robinson
*Petitioner*

v.

77th + 87th Limestone County District Courts
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. 6:25cv427
(Supplied by Clerk of Court)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Monte Noel Robinson
   (b) Other names you have used: N/A
2. Place of confinement: Limestone District Courts,
   (a) Name of institution: Limestone County Jail - Limestone County Sheriff's Office.
   (b) Address: • 912 North Tyus Street, Groesbeck, Texas - 76642.
      • 200 W. State St, Suite #209 - Groesbeck, Texas 76642.
   (c) Your identification number: #20906
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:
   State authorities
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case: N/A
   (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☐ Other (explain): N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☒ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other (explain): N/A

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 77th and 87th District Courts of Limestone County in Groesbeck, Texas - 76642.
   (b) Docket number, case number, or opinion number: ~~16011~~ (16011-A)
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): I've been indicted on my alleged charge, (16011-A) on September 25th 2025. I haven't spoked or seen my attorney nor haven't I been in Limestone Courtroom. Being held against my will.
   (d) Date of the decision or action: September 8th 2025.

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes      ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: I wrote and filed a grievance on my attorney to the State Bar of Texas.
      (2) Date of filing: April 01, 2025
      (3) Docket number, case number, or opinion number: #202502005 - Raymond Leslie Sanders
      (4) Result: The grievance was referred to the State Bar's "CAAP".
      (5) Date of result: April 01, 2025
      (6) Issues raised: I wrote the grievance on Raymond Sanders cause he didn't and still ain't represented me to his best abilities, nor haven't he went over the case with me, nor haven't he came and seen me. Conflict of Interest/Discrimination.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: I did appeal. My second appeal was the next thing I did.

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☒ Yes ☐ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: The Board of Disciplinary Appeals - appointed by the Supreme Court of Texas.
(2) Date of filing: June 04, 2025
(3) Docket number, case number, or opinion number: Case No. 71185
(4) Result: the board of Disciplinary Appeals received my appeal from dismissal of my grievance.
(5) Date of result: August 06, 2025
(6) Issues raised: On August 01, 2025, the board of Disciplinary Appeals, appointed by the Supreme Court of Texas, considered my appeal from the dismissal of my grievance. "inquiry" was the outcome of the appeal grievance and the board closed my file against my attorney (Raymond Sanders).

(b) If you answered "No," explain why you did not file a second appeal: I couldn't appeal it again after the Disciplinary Appeals closed the file.

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes ☐ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: Court of Criminal Appeals - P.O. Box 12308, Capitol Station - Austin, Texas 78711
(2) Date of filing: August 21, 2025
(3) Docket number, case number, or opinion number: Don't have one yet.
(4) Result: Deana Williamson, Clerk, filed it in Courts of Criminal Appeals.
(5) Date of result: August 21, 2025
(6) Issues raised: I wrote and told them about what was going on in with my situation and why I haven't spoke with my attorney, how I been indicted almost a year

and haven't been to court not one time! I don't even know the status of my case and how these people are holding me against my will illegally! I want to sign for my time and get out this county!

(b) If you answered "No," explain why you did not file a third appeal: I'm waiting on the Court of Criminal Appeals to respond.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court: 77th and 88th District Courts of Limestone County.
(2) Case number: (16011-A)
(3) Date of filing: ~~September~~ August 21, 2025
(4) Result: None yet. Still waiting on the Court of Appeals.
(5) Date of result: N/A
(6) Issues raised: It explains on my third appeal.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes            ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes            ☒ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes            ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I got arrested on my alleged charge, Case # 16011-A, which is a Burglary of Habitation on August 20th of 2024. Got indicted on my charge on September 25th of 2024. And was served the indictment on October 4th of 2025.

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I haven't spoke or had a visit with my attorney (Raymond Sanders) not one time. I had family to call his office to see what's going on with my case but he tells them he's coming to see but never shows up. I wrote him numerous of letters stating I want to plea "Guilty" and sign for TDCJ time.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND TWO:** That what made me write a grievance on Raymond Sanders. Telling them everything that he hasn't been doing as a attorney and how he lacks representation due to conflict of interest / Discrimination.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

My grievance from the State Bar of Texas got referred to "CAAP". After they review, they somehow dismissed my grievance. I appealed my grievance and the Supreme Courts look over it and stated that they didn't find any misconduct in my attorney. Today is September 6th and I still haven't heard or spoke with Raymond Sanders.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND THREE:** I wrote Supreme Courts of Austin explaining what's been going on and how my attorney haven't came and seen me and how I don't know the status of my case.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

They filed everything I explained to them in the Courts of Criminal Appeals of Austin, Texas. I honestly don't know what's going on with my case. All I know is I want to sign for time and move forward in my life so I can get out and take care of my family.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND FOUR:** I've done all I could think of. Wrote complaints on the Judges and everything. Telling her I want to fire my attorney. She filed my complaint in my case folder.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: The only thing Amy Ward did, the presiding Judge was file my letter and put it in my case folder. Honestly, Limestone County is targeting my life here and I can't too much fight for myself cause they're all tied into this cult. Please make sure they do what they need to do LEGALLY! Thank You and may God Bless!

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I present everything I did.

### Request for Relief

15. State exactly what you want the court to do: Appoint me another Attorney so I can get the respresentation I need and sign for my 10 years of TDCJ I've been wanting to do since last year and make sure Limestone County does it right and stop targeting my life! Thank You and may God Bless!

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

August 21, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9-8-25

Monte Robinson  SO#20906
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

Heard, Bobby 61

INDEGENT MAIL
LIMESTONE COUNTY SHERIFF'S OFFICE
912 NORTH TYUS STREET
GROESBECK, TEXAS 76642

NORTH TEXAS TX 750
10 SEP 2025 PM 7 L

US POSTAGE
$ 001.90
First-Class - IMI
ZIP 76642
09/09/2025
034A 0081802209

Clerk Office
800 Franklin Avenue, Room 380
Waco, Texas 76701

RECEIVED
SEP 12 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

76701-193480